478

(No. 75-CC-840—) ▓▒░▓

Xonics, Inc., Claimant, *vs.* State of Illinois, ▓░▓
Environmental Protection Agency, Respondent.

*Opinion filed April 9, 1975.*

Xonics, Inc., Claimant, pro se.

William J. Scott, Attorney General; William E. Webber, Assistant Attorney General, for Respondent.

Per Curiam.

(No. 75-CC-848—)

International Harvester Co., Claimant, *vs.* State of Illinois, Department of Transportation, Respondent.

*Opinion filed April 9, 1975.*

International Harvester, Claimant, pro se.

William J. Scott, Attorney General; William E. Webber, Assistant Attorney General, for Respondent.

Per Curiam.